**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES E. "TUBBY" WILSON                                            PETITIONER

v.                              CASE NO. 5:05CV00268 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                    RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 3rd day of October, 2008.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE