# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CHARLES E. "TUBBY" WILSON                                                   PETITIONER

v.                        CASE NO. 5:05CV00268 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                         RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition is hereby dismissed without prejudice. The relief prayed for is denied.

SO ADJUDGED this 3rd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE